■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY DUNCAN, Appellant. [912 NYS2d 476]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed February 19, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Covello, Chambers and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASHLEY FITZPATRICK, Appellant. [911 NYS2d 643]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (DiMango, J.), rendered September 11, 2009, convicting her of attempted robbery in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's knowing, intelligent, and voluntary waiver of her right to appeal (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 257 [2006]) encompassed her contention that she should have been granted youthful offender treatment (*see People v Billings*, 60 AD3d 961, 962 [2009]; *People v Quashie*, 42 AD3d 578 [2007]; *People v Hines*, 41 AD3d 734 [2007]). Mastro, J.P., Covello, Angiolillo and Lott, JJ., concur.